## UNITED STATES BANKRUPTCY COURT

### FOR THE

### EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In the Matter of:<br><br>PETER ALLEN JUSTEN<br><br><br>Debtor | Chapter 13<br>19-12094-KHK |

### TRUSTEE'S JOINDER TO MOTION TO DISMISS

  Thomas P. Gorman, Trustee, notes his joinder to The Bank of Charles Town's Motion to Dismiss, and notes that Debtor did not appear for his August 6, 2019 Creditor's Meeting.

 August 12, 2019           /s/ Thomas P. Gorman
Dated                 Thomas P. Gorman
                     Chapter 13 Trustee
                     300 N. Washington Street, #400
                     Alexandria, VA  22314
                     (703) 836-2226
                     VSB #26421

### CERTIFICATE OF SERVICE

I hereby certify that I have this 12th day of August, 2019 mailed a true copy of the foregoing Joinder to Motion to Dismiss to the following parties.

| | |
|---|---|
| Peter Allen Justen<br>Chapter 13 Debtor<br>P.O. Box 895<br>Middleburg, VA 20118 | John Paul Goetz, Esq.<br>Counsel for Debtor<br>86 W. Shirley Avenue<br>Warrenton, VA 20186 |

                     /s/ Thomas P. Gorman
                     Thomas P. Gorman