**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>PETER ALLEN JUSTEN<br><br><br>Debtor | Chapter 13<br><br>Case No. 19-12094-KHK |

**TRUSTEE'S RESPONSE AND REPORT TO ORDER SETTING HEARING**

Thomas P. Gorman, Chapter 13 Trustee, responds to the Court's Order Setting Hearing (Docket No. 20) by reporting as follows:

1. Debtor has not filed Plan or Schedules in this case.
2. Debtor did not appear at the Section 341 Meeting of Creditors scheduled for August 6, 2019.
3. No tax returns or wage statements/pay advices have been received from Debtor.
4. No Plan payment of any kind has been received from or on behalf of Debtor.

Date: _August 12, 2019_____         ___/s/ Thomas P. Gorman_____
                                     Thomas P. Gorman
                                     Chapter 13 Trustee
                                     300 N. Washington Street, #400
                                     Alexandria, VA 22314
                                     (703) 836-2226
                                     VSB 26421

**CERTIFICATION OF SERVICE**

I hereby certify that I have served a true copy of the foregoing via first class mail, postage prepaid to the following, this 12th day of August, 2019:

Peter Allen Justen                   John Paul Goetz, Esq.
Chapter 13 Debtor                    Attorney for Debtor
P.O. Box 895                         86 W. Shirley Avenue
Middleburg, VA 20118                 Warrenton, VA 20186

                                     __/s/ Thomas P. Gorman_____
                                     Thomas P. Gorman